Commonwealth *v.* Goldberg et al., Appellants.

Argued May 25, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Daniel W. Shoemaker,* for appellants.

*Gary M. Gilbert,* Assistant District Attorney, with him *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1971:

Rule 313 of the Pennsylvania Rules of Criminal Procedure does not allow an appeal from the denial of a change of venue, and therefore the appeals are quashed.